**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ARTHUR TIMOTHY CALLAHAN,  )<br>Plaintiff/Claimant  )<br>)<br>v.  )<br>)<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security,  )<br>Defendants.  ) | JUDGMENT<br><br>No. 7:13-CR-132-RJ |

**Decision by Court.**
This case came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** Claimant's Motion for Judgment on the Pleadings is DENIED, Defendant's Motion for Judgment on the Pleadings is ALLOWED and the final decision of the Commissioner is UPHELD.

This Judgment Filed and Entered on September 29, 2014, with service with service via CM/ECF Notice of Electronic Filing on:

H. Clifton Hester    via CM/ECF
Jamie D.C. Dixon    via CM/ECF

| | |
|---|---|
| September 29, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ Lisa W. Lee<br>(By): Lisa W. Lee, Deputy Clerk |